UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| AMBER RILEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No. EDCV 13-1844 DMG (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| DEBORAH K. JOHNSON, WARDEN, | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| Respondent. | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"), petitioner's objections to the Report, and petitioner's objections to the Supplemental Report. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report and the Supplemental Report after having made a de novo determination of the portions to which objections were directed.

DATED: February 22, 2017

                                                    _____
                                                    DOLLY M. GEE
                                                    United States District Judge