JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMBER RILEY, | Case No. EDCV 13-1844-DMG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBORAH K. JOHNSON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

DATED: February 22, 2017

*Dolly M. Gee*
DOLLY M. GEE
United States District Judge